# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Center for Environmental
Advocacy, et al.,

        Plaintiffs,                Civil 10-2178 (RHK/RLE)

vs.                          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

United States Forest Service, et al.,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 3, 2010

                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge